IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WALTER H. MEREDITH HOLLOWAY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FAMILY SICKNESS OF INSANITY, U.S. POSTAL SERVICES, I.R.S. INTERNAL REVENUE, NBC, RYALITES OF HOW M. ORDER, SVU, ELDER TAX'S, Mannel's of Corporation with Individuals; IOWA STATE, in Nebraska Mail, use of stamps; and IOWA TAXES, in Nebraska Corp. Government,<br><br>　　　　Defendants. | **8:20CV441**<br><br><br>**MEMORANDUM AND ORDER** |

　　　This matter is before the court on its own motion. On November 3, 2020, an order sent to Plaintiff at his last-known address was returned to this court as undeliverable. (Filing 6.) Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(c), (e), (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

　　　IT IS THEREFORE ORDERED that:

　　　1.　　Plaintiff must update his address by **November 18, 2020**. Failure to do so will result in dismissal of this action without prejudice and without further notice to Plaintiff.

2. The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **November 18, 2020**: update of Plaintiff's address due; if none, dismiss.

DATED this 4th day of November, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge