IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

WALTER H. MEREDITH HOLLOWAY,

Plaintiff,

vs.

FAMILY SICKNESS OF INSANITY,  U.S.
POSTAL SERVICES,  I.R.S. INTERNAL
REVENUE,  NBC, RYALITES OF HOW
M. ORDER, SVU,  ELDER TAX'S,
Mannel's of Corporation with Individuals;
IOWA STATE, in Nebraska Mail, use of
stamps; and  IOWA TAXES, in Nebraska
Corp. Government;

Defendants.

8:20CV441

MEMORANDUM
AND ORDER

This matter is before the court on its own motion. On November 4, 2020, the court ordered Plaintiff to apprise the court of his current address. (Filing 7.) The court cautioned Plaintiff that failure to update his address would result in dismissal of his claims against Defendants without further notice. (*Id.*) The court's order has been returned to the court by the United States Postal Service as undeliverable with no forwarding address. (Filing 8.)

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendants are dismissed without prejudice, and judgment shall be entered by separate document.

DATED this 6th day of November, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge